AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Jeffrey Entel aka Yeury Amarante, Jerry Amarante<br><br>*Defendant* | )<br>)<br>) Case No.    CR10-642 RS<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jeffrey Entel aka Yeury Amarante, Jerry Amarante ,

who is accused of an offense or violation based on the following document filed with the court:

x Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
21:846 Conspiracy to possess with intent to distribute and to distribute controlled substances`
18:1956(h) Conspiracy to launder money
21:846 Attempted possession with intent to distribute controlled substance
18:1956(a)(2)(A) International money laundering


Date:    Aug 31, 2010

*Issuing officer's signature*

City and state:    San Francisco CA            Deputy Clerk
*Printed name and title*

**EXECUTED**

### Return

This warrant was received on *(date)* 08/31/2010 , and the person was arrested on *(date)* 09/22/2010
at *(city and state)* San Francisco CA .

Date: 09/30/2010

*Arresting officer's signature*

DEA/by M. Dyke, SDUSM
*Printed name and title*