**PROPOSED ORDER/COVER SHEET**

TO:      **Honorable Bernard Zimmerman**      RE:    **Jeffrey Entel**
          **U.S. Magistrate Judge**

FROM:   **Roy Saenz, Chief**             **DOCKET NO.:**    **CR10-0642-RS**
          **U.S. Pretrial Services Officer**

DATE:   **December 9, 2011**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| **Amaryllis Gonzalez** | **415-436-7519** |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☑   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on ___Dec 14___ at ___1:30pm___.

☑   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

     A. Remove: The defendant shall submit to electronic monitoring and a curfew of 6pm to 8am.

     B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER** _____     **DATE** ___9 Dec /11___

Cover Sheet (06/02/08)