**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | **RE:** | Jeffrey Entel |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR10-0642-RS |
| **DATE:** | December 9, 2011 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Amaryllis Gonzalez | 415-436-7519 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. Remove: The defendant shall submit to electronic monitoring and a curfew of 6pm to 8am.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

*[signature: Bernard Zimmerman]*

**JUDICIAL OFFICER /BERNARD ZIMMERMAN**
UNITED STATES MAGISTRATE JUDGE

December 15, 2011
**DATE**

Cover Sheet (06/02/08)